UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN EARLY, | Case No. 2:23-cv-02405-DJC-JDP (PS) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS |
| v. | |
| RENEE HARDING, *et al.*, | |
| Defendants. | |

The court previously issued an order setting an initial scheduling conference for July 11, 2024, and directing the parties to file status reports by no later than June 26, 2024. ECF No. 11. Plaintiff timely submitted a status report. ECF No. 14. Defendants, however, failed to file their own status reports.

Defendants will be ordered to show cause why sanctions should not be imposed for their failure to timely file a status report. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. The initial scheduling conference currently set for July 11, 2024, is continued to August 15, 2024.

2. By no later than August 1, 2024, each defendants shall file a status report in accordance with the court's June 12, 2024 order. *See* ECF No. 11.

3. Defendants shall show cause, by no later than August 1, 2024, why sanctions should not be imposed for failure to comply with the court's June 12, 2024 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' answers be stricken and their default entered.

IT IS SO ORDERED.

Dated:   July 8, 2024                                        
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE