UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN EARLY, | Case No. 2:23-cv-2405-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| RENEE HARDING. *et al.*, | |
| Defendants. | |

    The court previously issued an order setting an initial scheduling conference for March 20, 2025, and directing the parties to file status reports by no later than March 6, 2025. ECF No. 27. Plaintiff timely submitted a status report. ECF No. 28. Defendants, however, failed to file their own status reports. Accordingly, on March 19, 2025, the court continued the scheduling conference and ordered defendants to show cause, by no later than April 3, 2025, why sanctions should not be imposed for failure to file status reports. ECF No. 30. The court also ordered to defendants to file their own status reports by April 3, 2025. *Id.*

    In response, defendants Douglas and Terese Harding have filed motions requesting that they be granted sixty days to retain counsel. ECF Nos. 31 & 32. This action was filed in October 2023. Thus, defendants have had ample time to find and secure legal representation. Accordingly, their request for a sixty-day extension of time is denied. However, in light of their pro se status, the court will grant them a brief extension to comply with the court's January 29,

and March 19, 2025 orders.

Accordingly, it is hereby ORDERED that:

1. The initial scheduling conference currently set for April 24, 2025, is continued to May 22, 2025.

2. By no later than May 8, 2025, defendants Douglas and Terese Harding shall file a status report in accordance with the court's January 29, 2025 order. *See* ECF No. 27.

3. Defendants Douglas and Terese Harding shall show cause, by no later than May 8, 2025, why sanctions should not be imposed for failure to comply with the court's January 29, 2025 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants Douglas and Terese Harding's answers be stricken, and their default entered.

5. No further extensions will be granted.

IT IS SO ORDERED.

Dated: April 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2