UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN EARLY,<br><br>    Plaintiff,<br><br>  v.<br><br>RENEE HARDING, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-2405-DJC-JDP<br><br>ORDER WITHDRAWING THE REFERRAL TO THE MAGISTRATE JUDGE |

This case, in which defendants were proceeding without counsel, was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On May 8, 2025, attorneys Thomas Woods and Michelle Rosales filed a notice of appearance as counsel for defendants. ECF No. 34.

Because defendants are now represented by counsel, the referral to the magistrate judge will be withdrawn, and the case will be referred back to the district judge. I will continue to perform the usual discovery tasks associated with civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn, and the case is referred back to the district judge.

1

IT IS SO ORDERED.

Dated:   May 9, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE