# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN EARLY, | Case No. 2:23-cv-2405-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| RENEE HARDING, *et al.*, | |
| Defendants. | |

For good cause shown in defendants' response, ECF No. 35, the court discharges its April 9, 2025 order to show cause, ECF No. 33.

IT IS SO ORDERED.

Dated:   May 13, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1