THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Defendants* RENE HARDING *(erroneously sued as Renee Harding),* DOUGLAS ALLEN HARDING, AND TERESE HARDING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAMIAN EARLY,<br><br>Plaintiff,<br><br>v.<br><br>RENEE HARDING, DOUGLAS ALLEN HARDING, TERESE HARDING, DOES 1 through and inclusive 20,<br><br>Defendant. | Case No. 2:23-cv-02405-DJC-JDP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT OF DAMIAN EARLEY BY DEFENDANTS DOUGLAS HARDING, TERESE HARDING, AND RENE HARDING**<br><br>Hearing:<br>Date:  August 7, 2025<br>Time:  1:30 p.m.<br>Dept:  Courtroom 10<br>Judge:  Hon. Daniel J. Calabretta<br><br>Date Action Filed:  October 23, 2023<br>Trial Date:  March 22, 2027 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES    -1-    CASE NO. 2:23-CV-02405-DJC-JDP
129271123.3 0099880-01578

## **ORDER**

Having considered Defendants Douglas Harding, Terese Harding, and Rene Harding's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses to the Complaint of Plaintiff Damian Earley and all papers filed in support of said Motion, including the [Proposed] Amended Answer and Affirmative Defenses attached as Exhibit 2 to the Declaration of Thomas A. Woods, the Court hereby grants Defendants' Motion.

IT IS HEREBY ORDERED that:

The [Proposed] Amended Answer and Affirmative Defenses of Defendants Rene Harding, Douglas Allen Harding, and Terese Harding, attached as Exhibit 2 to the Declaration of Thomas A. Woods, shall be:

A.   deemed filed with the Court as of the date of this Order; **OR**

B.   filed within seven (7) days of this Order.

**IT IS SO ORDERED.**

Dated:  June 25, 2025              /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE