THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Defendants*
*RENE HARDING, DOUGLAS ALLEN HARDING,*
*AND TERESE HARDING*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN EARLY,<br><br>Plaintiff,<br><br>v.<br><br>RENEE HARDING, DOUGLAS ALLEN HARDING, TERESE HARDING, DOES 1 through and inclusive 20,<br><br>Defendant. | Case No. 2:23-cv-02405-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO DISMISS SECOND CLAIM FOR RELIEF (TRANSFER IN DEFRAUD OF CREDITORS) OF COMPLAINT (DKT. 1.)**<br><br>Action Filed:  October 23, 2023<br>Trial Date:  March 22, 2027 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING STIPULATION TO
DISMISS SECOND
CLAIM FOR RELIEF
152407864.1 0099880-01578

-1-

CASE NO. 2:23-CV-02405-DJC-JDP

## ORDER

This matter came before the Court upon Defendants' and Plaintiff's Stipulation To Dismiss Second Claim For Relief (Transfer In Defraud Of Creditors) Of Complaint (Dkt. 1) ("Stipulation"). (Dkt. 52.)

IT IS HEREBY ORDERED that:

1.     Plaintiff's second claim for relief (transfer in defraud of creditors) against Defendants as alleged in his operative Complaint filed on October 23, 2023 (Dkt. 1.), be dismissed with prejudice.

2.     Parties reserve their right to costs and fees, if any.

**IT IS SO ORDERED.**

Dated:  March 19, 2026                    /s/ Daniel J. Calabretta

                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING STIPULATION TO
DISMISS SECOND                    -2-                    CASE NO. 2:23-CV-02405-DJC-JDP
CLAIM FOR RELIEF