THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Defendants RENE HARDING
(erroneously sued as Renee Harding), DOUGLAS
ALLEN HARDING, AND TERESE HARDING*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DAMIAN EARLY,<br><br>              Plaintiff,<br><br>      v.<br><br>RENEE HARDING, DOUGLAS ALLEN HARDING, TERESE HARDING, DOES 1 through and inclusive 20,<br><br>              Defendant. | Case No. 2:23-cv-02405-DJC-JDP<br><br>**ORDER GRANTING DEFENDANT RENEE (RENE) HARDING'S RESPONSE TO ECF NOS. 20, 25, AND 50 AND DOCUMENT STIPULATING TO HER DISMISSAL FROM THIS ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1)(A)(II)**<br><br>Action Filed:      October 23, 2023<br>Trial Date:         March 22, 2027 |

ORDER GRANTING DEF RESPONSE TO ECF NOS. 20, 25, AND 50 AND DOCUMENT STIPULATING TO HER DISMISSAL FROM THIS ACTION WITHOUT PREJUDICE

-1-          CASE NO. 2:23-CV-02405-DJC-JDP

## ORDER

This matter came before the Court upon Defendant Renee (Rene) Harding's Response to ECF Nos. 20, 25, And 50 And Document Stipulating to Her Dismissal from This Action Without Prejudice Pursuant to Rule 41(A)(1)(A)(ii) ("Stipulation"). (Dkt. 54.)

IT IS HEREBY ORDERED that:

1.  Defendant Renee Harding is dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Dated:  March 23, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING DEF RESPONSE TO ECF NOS. 20, 25, AND 50 AND DOCUMENT STIPULATING TO HER DISMISSAL FROM THIS ACTION WITHOUT PREJUDICE

-2-

CASE NO. 2:23-CV-02405-DJC-JDP